In *Biagini* and *Barry W.*, I would affirm the Superior Court.

CASTILLE, J., joins this Dissenting Opinion.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**David H. SHREVE, Respondent.**

**No. 890 Disciplinary Docket No. 2.**

Supreme Court of Pennsylvania.

Feb. 7, 1995.
*ORDER*

PER CURIAM:

AND NOW, this 7th day of February, 1995, there having been filed with this Court by David H. Shreve his verified Statement of Resignation dated January 13, 1995, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa. R.D.E., it is

ORDERED that the resignation of David H. Shreve be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa. R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

MONTEMURO, J., is sitting by designation.

**In the Matter of Albert H. BEAVER, Jr.**

**No. 83 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Feb. 7, 1995.
*ORDER*

PER CURIAM:

AND NOW, this 7th day of February, 1995, Albert H. Beaver, Jr., having been

suspended from the practice of law in the State of Wisconsin for a period of ninety days by Order of the Supreme Court of Wisconsin filed February 2, 1994; the said Albert H. Beaver, Jr., having been directed on November 3, 1994, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and upon consideration of the responses filed, it is

ORDERED that Albert H. Beaver, Jr., is suspended from the practice of law in this Commonwealth for a period of ninety days, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

MONTEMURO, J., is sitting by designation.